HON. JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIERRA CLUB, a California nonprofit corporation; PUGET SOUNDKEEPER ALLIANCE, a Washington nonprofit corporation; RE SOURCES FOR SUSTAINABLE COMMUNITIES, a Washington nonprofit corporation; COLUMBIA RIVERKEEPER, a Washington nonprofit corporation; FRIENDS OF THE COLUMBIA GORGE, INC., dba FRIENDS OF THE COLUMBIA GORGE, an Oregon nonprofit corporation;<br>       Plaintiffs,<br> v.<br>BNSF RAILWAY COMPANY, a Delaware corporation; CLOUD PEAK ENERGY, Inc., a Delaware corporation; PEABODY ENERGY CORPORATION; a Delaware corporation; GLOBAL MINING HOLDING CO., LLC, a Delaware limited liability company; FIRSTENERGY CORP., an Ohio corporation; AMBRE ENERGY NORTH AMERICA, INC., a Delaware corporation,<br>       Defendants. | CIVIL No. 2:13-cv-00967-JCC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS CLOUD PEAK ENERGY, INC.; PEABODY ENERGY CORPORATION; GLOBAL MINING HOLDING CO., LLC; FIRSTENERGY CORP.; AND AMBRE ENERGY NORTH AMERICA, INC. |

NOT OF DISMISSAL - 1
W/OUT PREJUDICE

Andrea K. Rodgers Harris
Of Counsel
Western Environmental Law Center
2907 S. Adams Street
Seattle, WA 98108
Tel: 206-696-2851

Charles M. Tebbutt
Daniel M. Galpern
(*pro hac vice*)
Law Offices of Charles M. Tebbutt, PC
941 Lawrence St.
Eugene, OR 97401
Tel: 541-344-3505

Jessica Yarnall Loarie
(*pro hac vice*)
Sierra Club Environmental Law Progra
85 Second St., 2nd Floor
San Francisco, CA 94105
Tel: 415-977-5636

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss, without prejudice, Defendants Cloud Peak Energy, Inc.; Peabody Energy Corporation; Global Mining Holding Co., LLC; FirstEnergy Corp.; and Ambre Energy North America, Inc. from this action. BNSF Railway Company remains a defendant in this case.

Respectfully submitted this 29th day of July, 2013,

s/ Charles M. Tebbutt
CHARLES M. TEBBUTT (*pro hac vice*)
DANIEL M. GALPERN (*pro hac vice*)
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
Tel: (541) 344-3505
E-mails: charlie.tebbuttlaw@gmail.com
galpern.tebbuttlaw@gmail.com

*Counsel for Plaintiffs*

s/ Andrea K. Rodgers Harris
ANDREA K. RODGERS HARRIS
Of Counsel
Western Environmental Law Center
2907 S. Adams Street
Seattle, WA 98108
Tel: (206) 696-2851
E-mail: akrodgersharris@yahoo.com

*Local Counsel for Plaintiffs*

s/ Jessica Yarnall Loarie
JESSICA YARNALL LOARIE
(*pro hac vice*)
Sierra Club Environmental Law Program
85 Second St, 2nd Floor
San Francisco, CA 94105
Tel: (415) 977-5636
E-mail: jessica.yarnall@sierraclub.org

*Counsel for Plaintiff Sierra Club*

NOT OF DISMISSAL - 2
W/OUT PREJUDICE

Andrea K. Rodgers Harris
Of Counsel
Western Environmental Law Center
2907 S. Adams Street
Seattle, WA 98108
Tel: 206-696-2851

Charles M. Tebbutt
Daniel M. Galpern
(*pro hac vice*)
Law Offices of Charles M. Tebbutt, PC
941 Lawrence St.
Eugene, OR 97401
Tel: 541-344-3505

Jessica Yarnall Loarie
(*pro hac vice*)
Sierra Club Environmental Law Progra
85 Second St., 2nd Floor
San Francisco, CA 94105
Tel: 415-977-5636

# CERTIFICATE OF SERVICE

I hereby certify that on JULY 29, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

| | |
|---|---|
| Lily N. Chinn<br>Beveridge & Diamond PC<br>456 Montgomery St., Ste 1800<br>San Francisco, CA 94104<br>Tel: (415) 262-4012<br>lchinn@bdlaw.com | Denise L. Ashbaugh<br>Summit Law Group PLLC<br>315 Fifth Avenue S., Ste. 1000<br>Seattle, WA 98104<br>Tel: (206) 676-7000<br>denisea@summitlaw.com |
| Timothy M. Sullivan<br>Beveridge & Diamond PC<br>201 N. Charles Street, Ste. 2210<br>Baltimore, MD 21201<br>Tel: (410) 230-1355<br>tsullivan@bdlaw.com | Andrew C. Emrich<br>Holland & Hart LLP<br>2515 Warren Ave., Ste. 450<br>P.O. Box 1347<br>Cheyenne, WY 82001<br>Tel: (307) 778-4219<br>acemrich@hollandhart.com |
| Steven G. Jones<br>Marten Law Group<br>1191 Second Ave., Ste. 2200<br>Seattle, WA 98101<br>Tel: (206) 292-2629<br>sjones@martenlaw.com | Svend A. Brandt-Erichsen<br>Marten Law Group<br>1191 Second Ave., Ste. 2200<br>Seattle, WA 98101<br>Tel: (206) 292-2611<br>svendbe@martenlaw.com |

                                                s/ Daniel M. Galpern
                                                DANIEL M. GALPERN (pro hac vice)
                                                Law Offices of Charles M. Tebbutt, P.C.
                                                941 Lawrence St.
                                                Eugene, OR 97401
                                                Tel: (541) 344-3505
                                                galpern.tebbuttlaw@gmail.com