HON. JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIERRA CLUB, a California nonprofit corporation; PUGET SOUNDKEEPER ALLIANCE, a Washington nonprofit corporation; RE SOURCES FOR SUSTAINABLE COMMUNITIES, a Washington nonprofit corporation; COLUMBIA RIVERKEEPER, a Washington nonprofit corporation; FRIENDS OF THE COLUMBIA GORGE, INC., dba FRIENDS OF THE COLUMBIA GORGE, an Oregon nonprofit corporation; SPOKANE RIVERKEEPER; NATURAL RESOURCES DEFENSE COUNCIL, a New York nonprofit corporation,<br>                                 Plaintiffs,<br>      v.<br>BNSF RAILWAY COMPANY, a Delaware corporation,<br>                                 Defendant. | CIVIL No. 2:13-cv-00967-JCC (consolidated with No. 2:14-cv-00660)<br><br>STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Sierra Club, et al. (hereinafter, "Plaintiffs") and Defendants CIT Group, Inc. (hereinafter "CIT Group") and BNSF Railway Co.

STIP OF VOL. - 1
DISMISSAL OF CIT
2:13-cv-00967-JCC

Andrea K. Rodgers Harris
Of Counsel
Western Environmental Law Center
2907 S. Adams Street
Seattle, WA 98108
Tel: 206-696-2851

Charles M. Tebbutt
Daniel M. Galpern (pro hac vice)
Law Offices of Charles M. Tebbutt, PC
941 Lawrence St.
Eugene, OR 97401
Tel: 541-344-3505

*Additional Plaintiffs' counsel on signature page*

hereby stipulate and notify this Court that Plaintiffs voluntarily dismiss CIT Group from the above-captioned matter, pursuant to the terms below:

1. Based on CIT Group's representation that it does not own or lease rail cars, Plaintiffs agree to voluntarily dismiss their claims against CIT Group in *Sierra Club, et al. v. BNSF Railway Co. and CIT Group, Inc.*, Case No. 13-cv-00967-JCC (W.D. Wash.) with prejudice.

2. The release identified above in ¶ 1 does not apply to any subsidiaries of CIT Group that may own or lease rail cars that transport coal or petroleum coke.

3. CIT Group agrees not to seek recovery of attorneys' fees or costs from Plaintiffs that were incurred in defending Plaintiffs' claims against CIT Group in *Sierra Club, et al. v. BNSF Railway Co. and CIT Group, Inc.*, Case No. 13-cv-00967-JCC (W.D. Wash.).

DATED this 10th day of August, 2015.

| | |
|---|---|
| /s/ Charles M. Tebbutt<br>Charles M. Tebbutt, WSBA #47255<br>Daniel M. Galpern (of counsel, *pro hac vice*)<br>LAW OFFICES OF CHARLES M. TEBBUTT, PC<br>941 Lawrence St.<br>Eugene, OR 97401<br>charlie@tebbuttlaw.com<br>galpern.tebbuttlaw@gmail.com<br><br>*Counsel for Plaintiffs except for Natural Resources Defense Council* | /s/ Roger R. Martella, Jr.<br>Roger R. Martella, Jr. (*pro hac vice*)<br>Timothy K. Webster (*pro hac vice*)<br>Joel F. Visser (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>rmartella@sidley.com<br>twebster@sidley.com<br>jvisser@sidley.com<br><br>*On behalf of Counsel for Defendant CIT Group* |
| /s/ Andrea K. Rodgers<br>Andrea K. Rodgers, WSBA #38683<br>Of Counsel<br>WESTERN ENVIRONMENTAL LAW CENTER<br>2907 S. Adams Street<br>Seattle, WA 98108<br>rodgers@westernlaw.org | /s/ Fred R. Wagner<br>Fred R. Wagner<br>Timothy M. Sullivan<br>BEVERIDGE & DIAMOND PC<br>1350 I Street NW<br>Suite 700<br>Washington, DC 20005<br>fwagner@bdlaw.com |

STIP OF VOL. - 2
DISMISSAL OF CIT
2:13-cv-00967-JCC

Andrea K. Rodgers Harris
Of Counsel
Western Environmental Law Center
2907 S. Adams Street
Seattle, WA 98108
Tel: 206-696-2851

Charles M. Tebbutt
Daniel M. Galpern (pro hac vice)
Law Offices of Charles M. Tebbutt, PC
941 Lawrence St.
Eugene, OR 97401
Tel: 541-344-3505

*Additional Plaintiffs' counsel on signature page*

|   |   |
|---|---|
| *Local Counsel for Plaintiffs* | tsullivan@bdlaw.com |
|   | *On behalf of Counsel for Defendant BNSF* |

/s/ Jessica Yarnall Loarie
Jessica Yarnall Loarie
(*pro hac vice*)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
85 Second St, 2nd Floor
San Francisco, CA 94105
jessica.yarnall@sierraclub.org

*Counsel for Plaintiff Sierra Club*

/s/ David Pettit
David Pettit (*pro hac vice*)
Morgan Wyenn (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA  90401
dpettit@nrdc.org
mwyenn@nrdc.org

*Counsel for Plaintiff NRDC*

STIP OF VOL.
DISMISSAL OF CIT
2:13-cv-00967-JCC

Andrea K. Rodgers Harris
Of Counsel
Western Environmental Law Center
2907 S. Adams Street
Seattle, WA 98108
Tel: 206-696-2851

Charles M. Tebbutt
Daniel M. Galpern (pro hac vice)
Law Offices of Charles M. Tebbutt, PC
941 Lawrence St.
Eugene, OR 97401
Tel: 541-344-3505

*Additional Plaintiffs' counsel on signature page*

- 3

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification at the e-mail addresses below:

| | |
|---|---|
| Lily N. Chinn<br>lily.chinn@kattenlaw.com<br><br>*Counsel for Defendant BNSF* | Timothy M. Sullivan<br>tsullivan@bdlaw.com<br><br>*Counsel for Defendant BNSF* |
| Fred R. Wagner<br>Richard S. Davis<br>W. Parker Moore<br>fwagner@bdlaw.com<br>rdavis@bdlaw.com<br>pmoore@bdlaw.com<br><br>*Counsel for Defendant BNSF* | Denise L. Ashbaugh<br>dashbaugh@yarmuth.com<br><br>*Local Counsel for Defendant BNSF* |
| Roger R. Martella, Jr. (*pro hac vice*)<br>Timothy K. Webster (*pro hac vice*)<br>Joel F. Visser (*pro hac vice*)<br>rmartella@sidley.com<br>twebster@sidley.com<br>jvisser@sidley.com<br><br>*Counsel for Defendant CIT Group* | Robin E. Wechkin, WSBA #24746<br>rwechkin@sidley.com<br><br>*Counsel for Defendant CIT Group* |

/s/ Sarah A. Matsumoto
Sarah A. Matsumoto
Law Offices of Charles M. Tebbutt

STIP OF VOL.
DISMISSAL OF CIT
2:13-cv-00967-JCC

Andrea K. Rodgers Harris
Of Counsel
Western Environmental Law Center
2907 S. Adams Street
Seattle, WA 98108
Tel: 206-696-2851

Charles M. Tebbutt
Daniel M. Galpern (pro hac vice)
Law Offices of Charles M. Tebbutt, PC
941 Lawrence St.
Eugene, OR 97401
Tel: 541-344-3505

*Additional Plaintiffs'
counsel on signature page*

- 4