THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | CASE NO. C13-0967-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion for an extension of time to file a consent decree (Dkt. No. 368). The Court GRANTS the motion. The parties must file a consent decree no later than February 15, 2017.

DATED this 17th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk