THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | CASE NO. C13-0967-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to file their proposed consent decree (Dkt. No. 372). The Court, finding good cause, GRANTS the motion. The parties have until Friday, March 3, 2017, to file their proposed consent decree.

DATED this 2nd day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk