THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIERRA CLUB, *et al.*,

     Plaintiffs,

  v.

BNSF RAILWAY COMPANY,

     Defendant.

CASE NO. C13-0967-JCC

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on Defendant BNSF Railway Company's motion to quash (Dkt. No. 376). Defendant's motion is GRANTED. Plaintiffs' subpoenas issued to Beveridge & Diamond, P.C. and Yarmuth Wilsdon PLLC are QUASHED.

  DATED this 25th day of April 2017.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk