THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*, | CASE NO. C13-0967-JCC |
| Plaintiffs, | ORDER |
| v. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated response to the Court's order (Dkt. No. 417). Based on the parties' stipulation and the Court's previous order granting Plaintiffs' motion for attorney fees (Dkt. No. 416), the Court AWARDS $3,151,113.61 in attorney fees and costs to Plaintiffs.

DATED this 10th day of August 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1