THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>BNSF RAILWAY COMPANY,<br><br>              Defendant. | CASE NO. 2:13-cv-000967-JCC<br>(consolidated with Case No. 2:14-cv-00660)<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO TERMINATE CONSENT DECREE (ECF NO. 384) |

Defendant BNSF Railway Company ("BNSF") moves to terminate the Consent Decree that resolved this lawsuit (ECF No. 384). Plaintiffs do not oppose this motion. Having considered BNSF's Unopposed Motion (ECF No. 431) to Terminate Consent Decree (ECF No. 384), and for good cause shown, it is **ORDERED** that BNSF's Unopposed Motion to Terminate is **GRANTED**. The Consent Decree that resolved this lawsuit (ECF No. 384) is hereby quashed.

Dated this 2nd day of July 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

**BEVERIDGE & DIAMOND, P.C.**

By: *s/ Timothy M. Sullivan*
Timothy M. Sullivan, WSBA #36183
201 N. Charles Street, Suite 2210
Baltimore, MD  21201
Tel:  (410) 230-1355 / Fax:  (410) 230-1389
tsullivan@bdlaw.com


**ARETE LAW GROUP**

By: *s/ Denise L. Ashbaugh*
Denise L. Ashbaugh, WSBA #28512
1218 Third Avenue, Suite 2100
Seattle, WA  98101
Tel:  (206) 428-3250 / Fax:  (206) 428-3251
dashbaugh@aretelaw.com

*Attorneys for Defendant BNSF Railway Company*

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO TERMINATE CONSENT DECREE (ECF No. 384)

BEVERIDGE & DIAMOND, P.C.
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
410-230-1300

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT BNSF RAILWAY COMPANY'S MOTION TO QUASH PLAINTIFFS' SUBPOENAS TO BEVERIDGE & DIAMOND, P.C. AND YARMUTH WILSDON, P.L.L.C.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrea K. Rodgers Harris
Western Environmental Law Center
rodgers@westernlaw.org

Charlie Tebbutt
Daniel C. Snyder
Sarah Matsumoto
Law Offices of Charles M. Tebbutt, P.C.
charlie@tebbuttlaw.com
dan@tebbuttlaw.com
sarah@tebbuttlaw.com

Jessica L. Yarnall Loarie
Sierra Club
jessica.yarnall@sierraclub.org

*Counsel for Plaintiffs Sierra Club, Puget Soundkeeper Alliance, RE Sources For Sustainable Communities, Columbia Riverkeeper, Friends of the Columbia Gorge, Inc., and Spokane Riverkeeper*

David Pettit
Natural Resources Defense Council
dpettit@nrdc.org
*Counsel for Plaintiff Natural Resources Defense Council*

Nathan J. Baker
Friends of the Columbia Gorge, Inc.
nathan@gorgefriends.org
*Counsel for Friends of the Columbia Gorge*

DATED this 28th day of June, 2024

        s/ *Janet Fischer*
        Janet Fischer